# United States District Court
## for the
## Western District of Virginia
### Petition for Warrant or Summons for Offender Under Supervision

CLERK'S OFFICE U.S. DIST. COU
AT ROANOKE, VA
FILED

JAN 1 2 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Name of Offender: Stephen Dwight Anderson     Case Number: 7:08CR000017-002

Name of Sentencing Judicial Officer: Honorable Glen E. Conrad, U.S. District Court Judge

Date of Original Sentence: September 9, 2008

Original Offense:    Conspiracy to Distribute More Than 500 Grams of Methamphetamine

Original Sentence:   90 months custody, 5 years supervised release, $100 special assessment

Type of Supervision: Supervised Release       Date Supervision Commenced: October 24, 2014

Asst. U.S. Attorney: Ronald Bassford           Defense Attorney: Fay Spence

---

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation office believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

**1**    **Mandatory Condition:** *"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."*

On January 9, 2017, Mr. Anderson was charged with manufacturing a controlled substance, namely methamphetamine, in violation of Virginia Code Section 18.2-248. This charge is pending hearing in the Smyth County Virginia General District Court on January 19, 2017.

**2**    **Standard Condition #7:** *"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."*

On January 9, 2017, Mr. Anderson was charged with manufacturing a controlled substance, namely methamphetamine, in violation of Virginia Code Section 18.2-248. This charge is pending hearing in the Smyth County Virginia General District Court on January 19, 2017.

**3**   **Mandatory Condition:** *"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."*

On January 9, 2017, Mr. Anderson was charged with distribution of marijuana, in violation of Virginia Code Section 18.2-248.1. This charge is pending hearing in the Smyth County Virginia General District Court on January 19, 2017.

**4**   **Standard Condition #7:** *"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."*

On January 9, 2017, Mr. Anderson was charged with distribution of marijuana, in violation of Virginia Code Section 18.2-248.1. This charge is pending hearing in the Smyth County Virginia General District Court on January 19, 2017.

**5**   **Standard Condition:** *"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."*

On December 12, 2016, Mr. Anderson failed to keep an appointment with this officer at the Abingdon Probation Office.

**6**   **Mandatory Condition:** *Mandatory Condition: "The defendant shall not commit another federal, state, or local crime."*

Mr. Anderson has been charged with driving revoked, manufacturing a controlled substance, distribution of marijuana, driving while intoxicated, felony elude, operate an uninsured vehicle, improper use of plates and two counts of reckless driving. These charges are pending hearing in the Smyth County General District Court on January 19, 2017.

U.S. Probation Officer Recommendation:

   The term of supervision should be:

      [X]    Revoked
      [ ]    Extended for   year(s), for a total term of   years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        January 11, 2017

*Robert B. Hagy* (signature)

Robert B. Hagy
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant (Petition, violation report, and warrant shall be **SEALED** until execution of warrant.)
[ ] The Issuance of a Summons
[ ] Other

*(signature)*
Signature of Judicial Officer

JANUARY 12, 2017
Date