# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>STEPHEN DWIGHT ANDERSON<br>Warrant as Detainer w/ SWVA Regional Jail<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 7:08CR00017-002 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* STEPHEN DWIGHT ANDERSON ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Terms of Release imposed 09/09/2008

Date: 01/12/2017

*Issuing officer's signature*

City and state: Roanoke, VA

Glen E. Conrad, Chief U. S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*